Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENNY CORCORAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TIM GERVAIS, IN PERSONAM; F/V WOLVERINE, OFFICIAL NUMBER_____; HER ENGINES, MACHINERY, APPURTENANCES, AND CARGO, IN REM,<br><br>　　　　Defendants. | IN ADMIRALTY<br><br>Case No.: 2:21-cv-00001-JLR<br><br>[PROPOSED] ORDER GRANTING ADDITIONAL 30 DAYS FOR SERVICE OF PROCESS ON IN PERSONAM DEFENDANT PURSUANT TO FRCP(4)(m) |

　　The plaintiff, having shown good cause why he should be granted additional time for service on the in personam defendant in this matter, it is hereby;

　　ORDERED, ADJUDGED, and DECREED, that the plaintiff has 30 days from the date of the signature hereon, in which to accomplish service of process pursuant to FRCP(4)(m).

　　DATED this 1st day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　James L. Robart
　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING ADDITONAL TIME FOR SERVICE ON IN PERSONAM DEFENDANT- 1
CASE NO.  2:21-cv-00001-JLR

**John W. Merriam**
4005 20th Avenue West, Suite 110
Seattle, WA 98199
T (206) 729-5252 ♦ F (206) 729-1012

Presented by:

LAW OFFICE OF JOHN MERRIAM

By: /s/John W. Merriam
John W. Merriam, WSBA#12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
E-mail: john@merriam-maritimelaw.com
Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING ADDITIONAL TIME FOR SERVICE ON IN PERSONAM DEFENDANT - 2
CASE NO. 2:21-cv-0001-JLR

**John W. Merriam**
4005 20th Avenue West, Suite 110
Seattle, WA 98199
T (206) 729-5252 ♦ F (206) 729-1012