1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
9

10   KENNY CORCORAN,                          CASE NO. C21-0001JLR

11                          Plaintiff,        ORDER STRIKING NOTICE OF
                                              DISMISSAL
           v.
12
     TIM GERVAIS, et al.,
13
                            Defendants.
14

15        Before the court is Plaintiff Kenny Corcoran's notice of voluntary dismissal

16  without prejudice.  (Not. (Dkt. # 19).)  Mr. Corcoran states that he is dismissing his case

17  under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that "a plaintiff

18  may dismiss an action without a court order by filing . . . a notice of dismissal before the

19  opposing party serves either an answer or a motion for summary judgment." (*Id.*); Fed.

20  R. Civ. P. 41(a)(1)(A)(i).  Defendant Tim Gervais, however, answered Mr. Corcoran's

21  complaint on May 24, 2021.  (*See* Ans. (Dkt. # 10).)  Because Mr. Gervais has answered

22  the complaint, Mr. Corcoran's notice of dismissal is without legal effect.  To effectuate

ORDER - 1

1 | the dismissal, Mr. Corcoran must either file "a stipulation of dismissal signed by all
2 | parties who have appeared" pursuant to Rule 41(a)(1)(A)(ii) or move the court for an
3 | order of dismissal without prejudice pursuant to Rule 41(a)(2).
4 |     For the foregoing reasons, the court STRIKES Mr. Corcoran's notice of dismissal
5 | (Dkt. # 19) without prejudice to Mr. Corcoran filing either a stipulation under Rule
6 | 41(a)(1)(A)(ii) or a motion under Rule 41(a)(2).
7 |     Dated this 15th day of June, 2022.

*[Signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2