1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KENNY CORCORAN, | CASE NO. C21-0001JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TIM GERVAIS, et al., | |
| Defendants. | |

Before the court is *in personam* Defendant Tim Gervais's motion to compel Plaintiff Kenny Corcoran to fully respond to Mr. Gervais's first set of interrogatories and requests for production. (Mot. (Dkt. # 21); Reply (Dkt. # 26).) Mr. Corcoran does not oppose Mr. Gervais's motion. (Resp. (Dkt. # 24-1).) The court has considered the motion, the parties' submissions in support of and in opposition to the motion, the

//
//
//

ORDER - 1

1 | relevant portions of the record, and the applicable law.  Being fully advised,[1] the court
2 | GRANTS IN PART Mr. Gervais's motion.
3 |       Because the motion is unopposed, the court GRANTS Mr. Gervais's motion to
4 | compel Mr. Corcoran to "provide full and complete responses" to his discovery requests.
5 | (Mot. at 5.)  Further, the court GRANTS Mr. Gervais's request to deem Mr. Corcoran's
6 | objections waived because Mr. Corcoran does not oppose this request and did not make
7 | any objections to Mr. Gervais's discovery requests in the partial responses he served on
8 | April 28, 2022.  (*See* Resp. at 1; Beard Decl. (Dkt. # 25) ¶ 5, Ex. D (Mr. Corcoran's
9 | responses to Mr. Gervais's discovery requests).)  The court, however, DENIES the
10 | motion to the extent it requests an order compelling Mr. Corcoran to respond to Mr.
11 | Gervais's discovery requests within five days of the court's order.  (*See* Mot. at 6.)  Mr.
12 | Corcoran states that he is a fisherman in Alaska and that he has experienced technical
13 | challenges in communicating with his attorney that have made it difficult to respond to
14 | the discovery requests.  (Resp. at 1; Corcoran Decl. (Dkt. # 25-1) ¶ 6).)  He represents,
15 | however, that he and his attorney have since "made alternative arrangements . . . in order
16 | to be more responsive to providing information" (Corcoran Decl. ¶ 7) and that he
17 | "promises to pay more attention to the duties imposed by this lawsuit" (Resp. at 1).  In
18 | light of Mr. Corcoran's technical challenges and his efforts to resolve them, the court will
19 | grant him additional time to serve his responses to Mr. Gervais's discovery.

---

[1] Neither party requests oral argument (*see* Mot. at 1; Resp. at 1) and the court concludes that oral argument would not be helpful to its disposition of the motions, *see* Local Rules W.D. Wash. LCR 7(b)(4).

1  Accordingly, the court ORDERS Mr. Corcoran to provide complete responses to Mr.
2  Gervais's first set of interrogatories and requests for production by no later than July 15,
3  2022.
4      Dated this 30th day of June, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 3